UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
J & J SPORTS PRODUCTIONS, INC.,

                      Plaintiff,

    -against-

ONYX DREAMS INCORPORATED,
doing business as Club Onyx,

                      Defendant.
-----------------------------------------------------------x

**MEMORANDUM & ORDER
ADOPTING
REPORT & RECOMMENDATION**

12-CV-5355 (SLT) (LB)

**TOWNES, United States District Judge:**

On January 30, 2013, plaintiff J & J Sports Productions, Inc. ("Plaintiff") commenced this action pursuant to the Communications Act of 1934, as amended, 47 U.S.C. §§ 553 and 605, against Onyx Dreams Incorporated, doing business as Club Onyx, ("Onyx") and Errol Wilson, who was later dismissed. On May 6, 2013, Plaintiff moved for a default judgment against Onyx pursuant to Rule 55(b) of the Federal Rules of Civil Procedure, (Docket No. 10), which this Court referred to Magistrate Judge Lois Bloom for a Report and Recommendation ("R&R"). On October 28, 2013, Judge Bloom issued an R&R recommending that Plaintiff's motion should be granted, that a default judgment should be entered against Onyx in the total amount of $13,907.70, and that Plaintiff's application for an award of pre-judgment interest should be denied. (R&R at 13). Specifically, Judge Bloom recommends awarding Plaintiff $4,505.90 in statutory damages, $9,011.80 in enhanced damages, and $390 in costs. (R&R at 9, 11, 12). Defendants have filed no objections.

A district court is not required to review the factual or legal conclusions of the magistrate judge as to those portions of a report and recommendation to which no objections are addressed. See Thomas v. Arn, 474 U.S. 140, 150 (1985). Nonetheless, when no objections are filed, many

courts seek to satisfy themselves "that there is no clear error on the face of the record." Fed. R. Civ. P. 72(b) advisory committee note (1983 Addition); see also Edwards v. Town of Huntington, No. 05 Civ. 339 (NGG) (AKT), 2007 WL 2027913, at *2 (E.D.N.Y. July 11, 2007). Having reviewed the limited record in this case and finding no clear error, the Court adopts the R&R (Docket No. 13) in its entirety pursuant to 28 U.S.C. § 636(b)(1).

**SO ORDERED.**

/s/(SLT)
_____
SANDRA L. TOWNES
United States District Judge

Dated: November 19, 2013
Brooklyn, New York